**Electronically Filed
Supreme Court
SCEC-20-0000702
27-NOV-2020
09:13 AM
Dkt. 19 OGMD**

SCEC-20-0000702

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KHISTINA CALDWELL DEJEAN, Plaintiff,

vs.

HAWAII OFFICE OF ELECTIONS; and SCOTT T. NAGO, in his capacity as Chief Election Officer, State of Hawaiʻi, Defendant.

---

ORIGINAL PROCEEDING

ORDER DISMISSING ELECTION COMPLAINTS
(By: Recktenwald, C.J., Nakayama, McKenna and Wilson, JJ., and Circuit Judge Eddins, assigned by reason of vacancy)

Upon consideration of plaintiff Khistina Caldwell DeJean's election complaints, filed on November 10, 2020 and November 13, 2020, respondent Chief Election Officer Scott T. Nago's motion to dismiss, filed on November 18, 2020, the respective supporting documents, and the record, it appears that plaintiff lacks standing to bring an election contest, and this court lacks jurisdiction to consider the complaints and provide the requested relief. See HRS § 11-172; see also HRS § 602-5. Accordingly,

IT IS HEREBY ORDERED that the motion to dismiss is granted and the complaints are dismissed.

DATED: Honolulu, Hawaiʻi, November 27, 2020.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

